UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

IN RE:  CASE NO. 19-29026-bhl

Anita Marie Peters  CHAPTER 13

Debtor.  JUDGE Brett H. Ludwig

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of PLS Specialty Investments, LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Sottile and Barile, Attorneys at Law**
**394 Wards Corner Road, Suite 180**
**Loveland, OH 45140**
**bankruptcy@sottileandbarile.com**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 25, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Anita Marie Peters
3009 Elm Lane
Racine, WI 53405

Robert L. Crowley, Debtor's Counsel
55 E. Monroe Street
Suite 3400
Chicago, IL 60603

Scott Lieske, Chapter 13 Trustee
PO Box 510920
Milwaukee, WI 53203
ecf@chapter13milwaukee.com

Office of the U.S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202
ustpregion11.mi.ecf@usdoj.gov

                                          Respectfully submitted,

                                          /s/ Jon Lieberman
                                          Jon Lieberman (OH 0058394)
                                          Attorney for Secured Creditor
                                          Sottile & Barile, Attorneys at Law
                                          394 Wards Corner Road, Suite 180
                                          Loveland, OH 45140
                                          Phone: 513.444.4100
                                          bankruptcy@sottileandbarile.com